# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                    CASE NO.    14-10101-01-JTM

STEVEN LEE FRITTS,

      Defendant.

# INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about February 15, 2014, in the District of Kansas, the defendant,

**STEVEN LEE FRITTS,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to-wit: a Taurus, model PT1911, 9mm caliber semi-automatic pistol with serial number TDU23131 and a Russian, model Mosant Nagant 1945, .303 caliber bolt action rifle with

a Russian serial number of TW9117 and an importer's serial number of H8901, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

## COUNT 2

On or about February 27, 2014, in the District of Kansas, the defendant,

### STEVEN LEE FRITTS,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to-wit: a Glock, model 26, 9 X 19 mm caliber semi-automatic pistol with serial number VTE677, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

1.     The allegation contained in Counts 1 and 2 of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, § 924(d) and Title 28, United States Code, § 2461(c).

2.     Upon conviction of the offense in violation of Title 18, United States Code, §§ 922(g)(1), set forth in Counts 1 and 2 of this Indictment, the defendant, **STEVEN LEE FRITTS**, shall forfeit to the United States, pursuant to Title 18, United States Code, § 924(d) and Title 28, United States Code, § 2461(c), any firearms and ammunition involved in the commission of these offenses, including, but not limited to:

    a.     a Taurus, model PT1911, 9mm caliber semi-automatic pistol with serial number TDU23131;

   b. a Russian, model Mosant Nagant 1945, .303 caliber bolt action rifle with a Russian serial number of TW9117 and an importer's serial number of H8901;

   c. a Glock, model 26, 9 X 19 mm caliber semi-automatic pistol with serial number VTE677; and

   d. any ammunition.

All pursuant to Title 18, United States Code, § 924(d) and Title 28, United States Code, § 2461(c).

**A TRUE BILL.**

 June 24, 2014        s/Foreperson
DATE            FOREPERSON OF THE GRAND JURY


 s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866
barry.grissom@usdoj.gov

[It is requested that jury trial be held in Wichita, Kansas.]